*/s/ Cory Olson*

**4**

*/s/ Cory Olson*