**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JEANNE HARVIEUX, | Civil No. 18-1351 (JRT/HB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SYNCHRONY BANK, N.A., | |
| Defendant. | |

Bennett Hartz, **WALKER & WALKER LAW OFFICES, PLLC,** 4356 Nicollet Avenue South, Minneapolis, MN 55409, for plaintiff.

Cory D. Olson, **ANTHONY OSTLUND BAER & LOUWAGIE PA,** 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 15]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 28, 2018
at Minneapolis, Minnesota.

                                                          _s/John R. Tunheim_
                                                          JOHN R. TUNHEIM
                                                          Chief Judge
                                                          United States District Court